1   Abran E. Vigil
    Nevada Bar No. 7548
2   Lindsay Demaree
    Nevada Bar No. 11949
3   BALLARD SPAHR LLP
    100 North City Parkway, Suite 1750
4   Las Vegas, Nevada 89106-4617
    Telephone:  702.471.7000
5   Facsimile:  702.471.7070
    vigila@ballardspahr.com
6   demareel@ballardspahr.com

7   *Attorneys for Defendant*
    *Chase Bank USA, N.A.*

8

9

10              UNITED STATES DISTRICT COURT

11                  DISTRICT OF NEVADA

12   EVANGELINE RANON,              )  CASE NO.  2:16-cv-00165-GMN-NJK
                                    )
13          Plaintiff,              )
                                    )
14   v.                            )
                                    )  **STIPULATION AND ORDER TO
15   NATIONSTAR MORTGAGE; CHASE     )  EXTEND TIME FOR CHASE BANK
     BANK USA, N.A. and EQUIFAX     )  USA TO RESPOND TO PLAINTIFF'S
16   INFORMATION SERVICES, LLC,     )  COMPLAINT**
                                    )
17          Defendants.             )  **(First Request)**
                                    )
18   _____)

19          Defendant Chase Bank USA, N.A.'s ("Chase") response to plaintiff Evangeline

20   Ranon's complaint currently is due February 25, 2016.  Plaintiff and Chase stipulate

21   and agree that Chase has up to and including March 28, 2016 to respond to plaintiff's

22   complaint, to provide time for Chase to investigate plaintiff's allegations and for the

23   parties to discuss a potential early resolution of the claims asserted

24

25                      *[Continued on following page.]*

26

27

28

BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
702.471.7000 FAX 702.471.7070

against Chase.  This request is made in good faith and not made for purposes of delay

Dated:  February 16, 2016

BALLARD SPAHR LLP                           HAINES & KRIEGER.

By: /s/ Lindsay Demaree                     By: /s/ David Krieger
Abran E. Vigil                              David H. Krieger
Nevada Bar No. 7548                         Nevada Bar No. 9086
Lindsay Demaree                             8985 S. Eastern Avenue, Suite 130
Nevada Bar No. 11949                        Henderson, Nevada 89123
100 North City Parkway, Suite 1750          (702) 880-5554
Las Vegas, Nevada 89106                     dkrieger@hainesandkrieger.com

*Attorneys for Defendant*                   *Attorneys for Plaintiff*
*Chase Bank USA, N.A.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___February 17, 2016_____